```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION
                       CIVIL MINUTES--GENERAL
```

Case No.   SACV 12-1066 R (AJW)            Date: November 15, 2012

Title: <u>Kang-Shen Chen v. Thomas Mauk, et al.</u>
================================================================
PRESENT:    HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE

    <u>Ysela Benavides</u>            <u>                  </u>
    Deputy Clerk              Court Reporter

**ATTORNEYS FOR PETITIONER:**       **ATTORNEYS FOR RESPONDENT(S):**
   None Present                      None Present

**ORDER TO SHOW CAUSE**

Plaintiff, proceeding <u>pro se</u>, paid the filing fee and filed this civil rights action on June 29, 2012. A summons was issued on that date. Plaintiff had 120 days – or October 27, 2012 – within which to effect service of process. <u>See</u> Fed. R. Civ. P. 4(m). Plaintiff has not filed proof of service as to any defendant, nor has he requested an extension of time in which to do so.

Rule 4(m) of the Federal Rules ov Civil Procedure authorizes dismissal of an action without prejudice where the plaintiff fails to serve the summons and complaint within 120 days after the filing of the complaint and does not show good cause for the failure. <u>See</u> <u>Efaw v. Williams</u>, 473 F.3d 1038, 1041 (9th Cir. 2007); <u>Hason v. Medical Bd. of Calif.</u>, 279 F.3d 1167, 1174 (9th Cir. 2002), <u>cert. dismissed</u>, 538 U.S. 958 (2003) ; <u>see also</u> Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for service of a summons and complaint within the time allowed under subdivision (m)...."). The Court also has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b)(authorizing involuntary dismissal "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court"); <u>Link v. Wabash R.Co.</u>, 370 U.S. 626, 629-630 (1962) (discussing court's power to dismiss an action with prejudice based upon a failure to prosecute).

Plaintiff shall have 14 days within which to show cause why this action should not be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 4(m) and failure to prosecute with diligence.

**IT IS SO ORDERED.**
cc: Parties
MINUTES FORM 11                             Initials of Deputy Clerk_____
CIVIL-GEN