1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KANG-SHEN CHEN,              )<br>                              )<br>             Plaintiff,       )<br>                              )<br>        v.                    )<br>                              )<br>THOMAS MAUK, et al.,          )<br>                              )<br>             Defendants.      )<br>_____) | Case  No. SACV 12-1066 R (AJW)<br><br>JUDGMENT |

    It is hereby adjudged that the action is dismissed without prejudice.

DATED:   Dec. 5, 2012

_____
Manuel L. Real
United States District Judge